Opinion issued December 21, 2021



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00442-CV

————————————

**THE ARBORS ON WESTHEIMER, Appellant**

**V.**

**PHILLIP J. TILLEY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1170644**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's final judgment signed on August 3, 2021. Appellant's brief was due on September 15, 2021. On September 27, 2021, we issued a notice advising appellant that unless the brief was filed within ten days, the appeal might be dismissed for want of prosecution. Appellant neither timely

filed a brief nor requested an extension.  *See* TEX. R. APP. P. 38.8(a)(1) (appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f).  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Guerra.